IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LELAND MONGOLD & LaDONNA MONGOLD, on behalf of themselves and all others similarly situated, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | 8:09CV86 |
| v. | ) ) | |
| UNIVERSAL NATIONWIDE, L.L.C., d/b/a UNIVERSAL DEBT REDUCTION, L.L.C., NATIONWIDE ASSET SERVICES, INC., and JOHN DOES 1-10, | ) ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

This matter is before the Court on plaintiffs' motion to extend time to file opposition to defendants' motion to dismiss and opposition to motion to strike (Filing No. 27). The Court notes the motion is unopposed. Accordingly,

IT IS ORDERED that the motion is granted; plaintiffs shall have until July 31, 2009, to file their oppositions to defendants' motion to strike and defendants' motion to dismiss.

DATED this 16th day of June, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court