IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | |
|---|---|
| LELAND MONGOLD & LADONNA MONGOLD, On Behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>UNIVERSAL NATIONWIDE, L.L.C., d/b/a UNIVERSAL DEBT REDUCTION, L.L.C., NATIONWIDE ASSET SERVICES, INC., and JOHN DOES 1-10,<br><br>    Defendants. | 8:09CV86<br><br><br><br>ORDER |

  This matter is before the Court after receipt of the report of parties' planning conference (Filing No. 35).

  IT IS ORDERED that a scheduling conference with the undersigned will be held on:

    **Thursday, September 10, 2009, at 9:00 a.m.**

in Suite 3190, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, **OMAHA**, Nebraska, to establish a final progression order for this case.  The parties may participate by telephone by notifying Judge Strom's office prior to said date.

  DATED this 13TH day of August, 2009.

          BY THE COURT:

         /s/ Lyle E. Strom
         _____
         LYLE E. STROM, Senior Judge
         United States District Court