IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LELAND MONGOLD & LaDONNA MONGOLD, on behalf of themselves and all others similarly situated, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | 8:09CV86 |
| v. | ) ) | |
| UNIVERSAL NATIONWIDE, L.L.C., d/b/a UNIVERSAL DEBT REDUCTION, L.L.C., NATIONWIDE ASSET SERVICES, INC., and JOHN DOES 1-10, | ) ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

This matter is before the Court on defendants' motion for extension of time to reply to plaintiffs' brief in opposition to motion to strike and brief in opposition to motion to dismiss (Filing No. 34).  Accordingly,

IT IS ORDERED that the motion is granted; defendants shall have until August 27, 2009, to file their reply brief.

DATED this 18th day of August, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court