IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | |
|---|---|
| LELAND MONGOLD & LADONNA MONGOLD,<br>On Behalf of themselves and all<br>others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>UNIVERSAL NATIONWIDE, L.L.C.,<br>d/b/a UNIVERSAL DEBT<br>REDUCTION, L.L.C., NATIONWIDE<br>ASSET SERVICES, INC., and<br>JOHN DOES 1-10,<br><br>　　　　　Defendants. | 8:09CV86<br><br><br><br><br>ORDER |

　　　IT IS ORDERED that the planning conference in this matter is rescheduled for:

　　　　　**Thursday, September 24, 2009, at 8:00 a.m.**

in Suite 3190, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, **OMAHA**, Nebraska, to establish a final progression order for this case.  The parties may participate by telephone by notifying Judge Strom's office prior to said date.

　　　DATED this 4th day of September, 2009.

　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　/s/ Lyle E. Strom
　　　　　　　　　　　　　_____
　　　　　　　　　　　　　LYLE E. STROM, Senior Judge
　　　　　　　　　　　　　United States District Court